UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GUSTAVE J. LEHMANN, III<br>And RACHEL M. LEHMANN,<br>Individually And on behalf of<br>SHAUN LEHMANN<br><br>Vs.<br><br>THE ST. TAMMANY PARISH<br>SCHOOL BOARD | CIVIL ACTION<br><br>NO.: 00-0124<br><br>SECTION "R. MAG.3" |

------------------------------------------------------------

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes GUSTAVE J. LEHMANN, III, et al., and upon suggesting to this Court that this matter has been compromised and resolved, asks that this matter be dismissed, without prejudice, each party to bear its own cost.

Respectfully submitted,

_____
CHARLES N. BRANTON
LA BAR NO. 16825
200 Commercial Square Road
Slidell, Louisiana 70461
Telephone: (504) 641-4798
Fax: (504) 641-4798
COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, properly addressed and postage prepaid, on this 7 day of _April_, 2000.

_____
CHARLES N. BRANTON

DATE OF ENTRY
APR 1 3 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GUSTAVE J. LEHMANN, III<br>And RACHEL M. LEHMANN,<br>Individually And on behalf of<br>SHAUN LEHMANN | CIVIL ACTION |
| | NO.: 00-0124 |
| Vs. | |
| THE ST. TAMMANY PARISH<br>SCHOOL BOARD | SECTION "R. MAG.3" |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

CONSIDERING THE FOREGOING MOTION, it is hereby Ordered that the above referenced entitled matter be dismissed, without prejudice, each party to bear its cost.

New Orleans, Louisiana, this _____ day of April, 2000.

_____
UNITED STATED DISTRICT JUDGE